838

*Mr. Charles A. McCoy* for petitioner. No appearance for respondent.

No. 469. FITZGERALD ET AL. *v.* UNION CENTRAL LIFE INS. CO. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed *in forma pauperis*, denied. *Mr. Joseph F. Fitzgerald, pro se.* No appearance for respondent.

No. 97. ROBERTS SASH & DOOR CO. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. See same case, *ante*, pp. 812, 829. *Mr. Jesse I. Miller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *George H. Foster* for the United States.

No. 98. NIX *v.* STERNBERG, TRUSTEE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George W. Dodd* for petitioner. No appearance for respondent.

No. 99. ADAM SCHUMANN ASSOCIATES, INC., *v.* CITY OF NEW YORK. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. O. Ellery Edwards* for petitioner. *Messrs. Arthur J. W. Hilly* and *J. Joseph Lilly* for respondent.

No. 100. RIVERSIDE & DAN RIVER COTTON MILLS, INC., *v.* UNITED STATES. October 13, 1930. Petition for writ